IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
MCALLEN DIVISION

| | | |
|---|---|---|
| ALMA REINA ALANIZ AND SERGIO GALLEGOS<br>    Plaintiffs,<br><br>v.<br><br>JAVIER GASPAR CRUZ AND FLETERA INTERNACIONAL ELGO SA DE CV,<br>    Defendants. | §§§§§§§§§§ | CIVIL ACTION NO. 7:24-cv-00371 |

## Joint Stipulation of Dismissal

To the Honorable Judge of the United States District Court for the Southern District of Texas, McAllen Division:

    The plaintiffs, Alma Reina Alaniz and Sergio Gallegos, and the defendants, Javier Gaspar Cruz and Fletera Internactional Elgo S.A. de C.V., announce the settlement of all claims in this matter by written agreement. As part of the settlement, Plaintiffs are receiving amount that they have accepted after consultation with their counsel, and they are aware that the settlement is a final resolution of their claims and that they will receive no further payment from Defendants on account of their claims. Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate that all Plaintiffs' claims are dismissed with prejudice.

    Therefore, the parties ask the Court to sign the agreed proposed order that this suit, and all claims asserted in this suit, are dismissed with prejudice, that costs of court will be taxed upon the party incurring same, and to terminate this civil action.

    Respectfully submitted,

By: _/s/ Pablo Garza JAA_

        Pablo Garza, III
        Federal ID No. 1580434
        State Bar No. 24059209
        P. Garza Law Firm, P.C.
        5429 N. 23rd Street, Suite D
        McAllen, Texas 78504
        Phone: (956) 627-2724
        Fax: (210) 568-6115
        Email: eservice@pgarzalaw.com
        Email: pablo@pgarzalaw.com
        Email: Mauriciomartinezlaw.com

        Ezequiel Reyna, Jr.
        Federal ID No. 58290
        State Bar No. 16794798
        Law Offices of Ezequiel Reyna, Jr.
        702 W. Expressway 83, Suite 100
        Weslaco, Texas 78596
        Phone: (956) 968-9556
        Fax: (956) 969-0492
        Email: lsmiguel@zreynalaw.com
        Email: dolivarez@zreynalaw.com
        *Attorneys for Plaintiffs,*
        *Alma Reina Alaniz and Sergio Gallegos*


By:  */s/ Shauna A. Lozano*
        James H. Hunter, Jr.
        Attorney-In-Charge
        Federal I.D. No. 15703
        Texas State Bar No. 00784311
        Shauna A. Lozano
        Federal ID No. 3151244
        Texas State Bar No. 24106229
        Royston, Rayzor, Vickery & Williams LLP
        55 Cove Circle
        Brownsville, Texas 78521
        Tel. (956) 542-4377
        Fax (956) 542-4370
        Email: jim.hunter@roystonlaw.com
        Email: shauna.lozano@roystonlaw.com
        *Attorneys for Defendants,*
        *Javier Gaspar Cruz and*
        *Fletera Internacional Elgo S.A. de C.V.*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this document was served to all known counsel of record via e-filing on ___July 22___, 2025.

Pablo Garza, III
P. Garza Law Firm, P.C.
5429 N. 23rd Street, Suite D
McAllen, Texas 78504
*Attorneys for Plaintiffs*

and

Ezequiel Reyna, Jr.
LAW OFFICES OF EZEQUIEL REYNA, JR.
702 W. EXPRESSWAY 83, SUITE 100
Weslaco, Texas 78596
*Attorney for Plaintiffs*

                          */s/ Shauna A. Lozano*
                          Of Royston, Rayzor, Vickery & Williams, L.L.P.