United States District Court
Southern District of Texas
FILED

JUL 22 2025

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
MCALLEN DIVISION

| | |
|---|---|
| ALMA REINA ALANIZ AND SERGIO GALLEGOS<br>Plaintiffs,<br><br>v.<br><br>JAVIER GASPAR CRUZ AND FLETERA INTERNACIONAL ELGO SA DE CV,<br>Defendants. | CIVIL ACTION NO. 7:24-cv-00371 |

## Order of Dismissal

Before the Court is the parties' Joint Stipulation of Dismissal (Dkt. No. 13). The parties state that settlement of all claims has been reached and that the parties agree that Plaintiffs' claims will be dismissed with prejudice.

Parties in a civil suit may dismiss a suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Because the stipulation meets the requirements of Rule 41(a)(1)(A)(ii), all of Plaintiff Alma Reina Alzaniz and Sergio Gallegos's claims were dismissed with prejudice upon the filing of the Joint Stipulation of Dismissal. (Dkt. No. 13); *see* FED. R. CIV. P. 41(a)(1)(A) (permitting dismissal of a case without court order).

Therefore, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

SIGNED on 7/22, 2025.

_____
Presiding Judge
J. Scott Hacker
U.S. Magistrate Judge

**Agreed on Form and Substance:**

By: /s/ Pablo Garza III
Pablo Garza, III
Federal ID No. 1580434
State Bar No. 24059209
P. Garza Law Firm, P.C.
5429 N. 23rd Street, Suite D
McAllen, Texas 78504
Phone: (956) 627-2724
Fax: (210) 568-6115
Email: eservice@pgarzalaw.com
Email: pablo@pgarzalaw.com
Email: Mauriciomartinezlaw.com

Ezequiel Reyna, Jr.
Federal ID No. 58290
State Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr.
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
Phone: (956) 968-9556
Fax: (956) 969-0492
Email: lsmiguel@zreynalaw.com
Email: dolivarez@zreynalaw.com
*Attorneys for Plaintiffs,*
*Alma Reina Alaniz and Sergio Gallegos*

By: /s/ Shauna A. Lozano
James H. Hunter, Jr.
Attorney-In-Charge
Federal I.D. No. 15703
Texas State Bar No. 00784311
Shauna A. Lozano
Federal ID No. 3151244
Texas State Bar No. 24106229
Royston, Rayzor, Vickery & Williams LLP
55 Cove Circle
Brownsville, Texas 78521
Tel. (956) 542-4377
Fax (956) 542-4370
Email: jim.hunter@roystonlaw.com
Email: shauna.lozano@roystonlaw.com
*Attorneys for Defendants,*
*Javier Gaspar Cruz and*
*Fletera Internacional Elgo S.A. de C.V.*